**Bryan Scott BELT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 84810.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 14, 2005.

Lisa M. Stroup, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa M. Kennedy, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., GLENN A. NORTON, J., and NANNETTE A. BAKER, J.

## ORDER

PER CURIAM.

Bryan Scott Belt ("movant") appeals the judgment of the motion court denying his motion for post-conviction relief pursuant to Missouri Supreme Court Rule 24.035 on the merits without an evidentiary hearing. Movant argues that he was denied effective assistance of counsel, rendering his guilty plea involuntary.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).